PROB 12C
(6/16)

Report Date: October 16, 2024

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2024

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harry Allen Solomon, Jr.        Case Number: 0980 2:22CR00154-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 22, 2019

Original Offense:        Domestic Assault by Habitual Offender, 18 U.S.C. § 117

Original Sentence:        Prison - 47 months        Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation Sentence:      Prison - 9 months
(April 11, 2024)          TSR - 27 months

Asst. U.S. Attorney:      Earl Allan Hicks        Date Supervision Commenced: October 10, 2024

Defense Attorney:         Federal Defender's Office        Date Supervision Expires: January 10, 2027

### PETITIONING THE COURT

To issue a warrant.

On April 11, 2024, Harry Solomon's supervised released was revoked and Your Honor sentenced him to 9 months custody for violating the terms and conditions of his Court order and supervised release. Mr. Solomon was to commence supervision on October 10, 2024. Since his release, Mr. Solomon has not reviewed his judgment and sentence with the undersigned officer.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. |

**Supporting Evidence**: It is alleged that Mr. Solomon violated the above-stated condition of supervision by failing to report to the U.S. Probation Office in the Eastern District of Washington within 72 hours of being released from imprisonment.

The U.S. Probation Office possesses a reporting roster located in the probation lobby. The undersigned officer reviewed the dates from October 10 through October16, 2024, and noted Mr. Solomon never reported to the U.S. Probation Office in the Eastern District of Washington within 72 hours of his release.

Prob12C
**Re: Solomon, Harry Allen**
**October 16, 2024**
**Page 2**

2          **Special Condition #1**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to the employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Mr. Solomon allegedly violated the above-stated condition of supervision by failing to report to the RRC on October 15, 2024, as directed.

On October 16, 2024, the undersigned officer received communication from the director of the RRC, disclosing Mr. Solomon had failed to arrive for placement on October 15, 2024.

3          **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Solomon allegedly violated the above-stated condition of supervision by failing to abstain from the unlawful use of controlled substances on or about October 14 and 15, 2024.

On October 16, 2024, Mr. Solomon contacted the undersigned officer. When questioned about his sobriety, Mr. Solomon admitted he consumed methamphetamine on or about October 14 and 15, 2024.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/16/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

10/16/2024

Date