PROB 12C
(6/16)

Report Date:  May 16, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harry Allen Solomon, Jr.    Case Number: 0980 2:22CR00154-RLP-1

Address of Offender: ███████████, Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: August 22, 2019

| | | |
|---|---|---|
| Original Offense: | Domestic Assault by Habitual Offender, 18 U.S.C. § 117 | |
| Original Sentence: | Prison - 47 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(April 11, 2024) | Prison - 9 months;<br>TSR - 27 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 10, 2024 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 9, 2027 |

### PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/09/2024.

On November 18, 2024, Mr. Solomon signed his revocation judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #7**: The defendant is ordered to reside at a residential substance abuse treatment program for one year. Defendant's selection of the Adult and Teen Challenge's one-year residential recovery program meets this requirement. If the defendant leaves the treatment facility or is terminated from the program, the treatment facility personnel shall immediately notify the U.S. Probation Officer, who shall in turn notify the Court. Any failure to participate in the program before completion will subject the defendant to immediate arrest. |
| | **Supporting Evidence**: It is alleged Mr. Solomon violated his conditions of supervised release by being terminated from the Adult and Teen Challenge's 1 year residential recovery program on May 15, 2025. |

Prob12C
Re: Solomon, Jr., Harry Allen
May 16, 2025
Page 2

On the morning of May 16, 2025, the undersigned officer spoke with staff with Adult and Teen Challenge who advised Mr. Solomon walked away from the residential recovery program the evening of May 15, 2025.

Staff advised the undersigned officer that they were about to engage in group chapel around 7 p.m., on May 15, 2025. Staff noticed Mr. Solomon was not present and he was located in the dorms. Mr. Solomon advised staff that he would be in group chapel shortly and he was just gathering up a couple things. Shortly thereafter, a staff member later observed an individual leaving the back of the property. They returned to the dorm and Mr. Solomon could not be located.

A staff member got into his vehicle and later found Mr. Solomon walking down the road. The staff member attempted many times to encourage Mr. Solomon to return to the program, but he refused. Mr. Solomon asked the staff member to drive him to an intersection in Airway Heights near the Spokane Tribal Casino, where the staff member dropped him off.

Mr. Solomon has been unsuccessfully discharged from Adult and Teen Challenge's 1-year residential recovery program. Mr. Solomon's current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 16, 2025

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the   Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/19/2025

Date